CLARENCE T. BIRKETT, Respondent, *v.* THE POSTAL TELEGRAPH-CABLE COMPANY, Appellant.

*Birkett* v. *Postal Telegraph-Cable Co.*, 107 App. Div. 115, affirmed.
(Argued November 16, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 28, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover the amount of alleged overcharges collected from the plaintiff by an agent of defendant and applied by said agent to his own use.

*J. N. Hammond* for appellant.

*Calvin J. Huson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.